**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elseddig Elmarioud Musa, | No. CV-19-01676-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

Petitioner Elseddig Elmarioud Musa was convicted and sentenced on 38 counts of Health Care Fraud and 5 counts of Aggravated Identity Theft, and he moved to vacate, set aside, or correct the sentence. The Court denied the motion in August 2021, and because reasonable jurists would not disagree, also denied a certificate of appealability. (Doc. 45.) Then, in September 2021, Musa filed an emergency motion to stay judgment of the clerk pending appeal of that order. The Court denied relief in October 2021, explaining that Musa merely rehashed the same arguments and was thus not entitled to relief or a certificate of appealability for the exact same reasons as in the August appeal.

Musa has now filed a notice of appeal of that October 2021 order. (Doc. 54.) That appeal is not viable because, as this Court now intones again: reasonable jurists would not find the Court's reasoning in the August order debatable. Accordingly;

/ / /

/ / /

1 **IT IS ORDERED** that a certificate of appealability regarding the Court's November 23, 2021 order denying Petitioner's emergency motion to stay judgment pending appeal is **DENIED**.

Dated this 17th day of December, 2021.

Douglas L. Rayes
United States District Judge